# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. SUICIDE, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:22-cv-00285-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendants **Jasmine Barraza-Lee** and **Joseph Kobrick**, who are no longer employees of the Nevada Department of Corrections. (ECF No. 11.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 12.)

The Clerk shall ISSUE summonses for **Jasmine Barraza-Lee** and **Joseph Kobrick** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 12.) The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 7), the screening order, (ECF No. 8), and this order to the U.S. Marshal for service on Defendants Jasmine Barraza-Lee and Joseph Kobrick. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **May 22, 2023**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: March 21, 2023.

　　　　　　　　　　　　　　　　　　　_C S B_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE