UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>                    Plaintiff,<br><br>   v.<br><br>A. SUICIDE, *et al.*,<br><br>                    Defendants. | 3:22-cv-00285-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 16 |

Before the court is Plaintiff's Motion Requesting Stay (ECF No. 16). To date, no response has been filed by Defendants.

Plaintiff requests a stay since he has been granted parole and "will be transferred to HDSP from NNCC and then released from prison anytime in between 4/23/23-4/30/23." (ECF No. 16 at 2.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Stay (ECF No. 16) is **GRANTED** to the extent that this matter is **STAYED** until **Monday, May 22, 2023**, at which point the stay shall be automatically lifted.

**IT IS FURTHER ORDERED** that Plaintiff shall file, as soon as practicable, his updated address with the court.

DATED:  April 26, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1