# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>A. SUICIDE, *et al.*,<br><br>    Defendants. | Case No. 3:22-cv-00285-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION AND ORDER OF DISMISSAL |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby stipulate that above-captioned matter should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 5 of October 2023.

By: /s/ Lausteveion Johnson
LAUSTEVEION JOHNSON
*Plaintiff*

DATED this 5th of October 2023.

By: *Samuel L. Pezone, Jr.*
SAMUEL L. PEZONE JR. Bar No. 15978
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED**.

_____
Anne R. Traum
United States District Judge

DATED: October 25, 2023

Page 1